

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2020

No. 04-20-00371-CV

**IN THE INTEREST OF L.M., ET AL CHILDREN**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02077
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

After this court advised court reporter Elva G. Chapa that the reporter's record was late, she filed a notification of late reporter's record. She indicated her other duties preclude her from working on the record, and she expects to file the record by August 21, 2020.

The reporter's motion for extension of time to file the reporter's record is GRANTED. The reporter's record is due on August 21, 2020. *See* TEX. R. APP. P. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

The child's "need for permanence is the paramount consideration for the child's present and future physical and emotional needs." *See Dupree v. Tex. Dep't of Protective & Regulatory Servs.*, 907 S.W.2d 81, 87 (Tex. App.—Dallas 1995, no writ). This court must render its decision "with the least possible delay," and any further delays in obtaining the reporter's record will hinder this court in its duty. *See* TEX. R. APP. P. 35.3(c); *In re J.L.*, 163 S.W.3d 79, 82 (Tex. 2005) (quoting TEX. FAM. CODE ANN. § 263.405(a)).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2020.



Michael A. Cruz,
Clerk of Court